STATE OF NEW JERSEY v. THEODORE CHISOLM.

Oct. 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. KIRK WALKER.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. VAN CORNELL TUCKER.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ANGEL LUIS CLAUDIO.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN CHAMBERLAIN.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN CHAMBERLAIN.

October 28, 1986.

Cross-petition for certification denied.